**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:15CR247 |
| | ) | |
| **vs.** | ) | ORDER |
| | ) | |
| **JAQUAN D. WASHINGTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Jaquan D. Washington (Washington) for an extension of time to file objection to the magistrate judge's Findings and Recommendations regarding a motion to dismiss (Filing No. 97). As of this date, such written Findings and Recommendation have not been filed. Washington shall have rule time in which to object once such written Findings and Recommendations are filed. Accordingly, the motion for an extension of time (Filing No. 97) is denied as moot.

**IT IS SO ORDERED.**

DATED this 15th day of January, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge