```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )         8:15CR247
                              )
     v.                       )
                              )
JAQUAN D. WASHINGTON,         )         ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on two Findings and Recommendations (Filing No. 115 and Filing No. 119) issued by Magistrate Judge Thomas D. Thalken. Judge Thalken recommended that the motion to dismiss (Filing No. 53) and the motion to suppress (Filing No. 85) be denied. The defendant, Jaquan D. Washington, filed objections to Judge Thalken's Findings and Recommendation (Filing No. 131 and Filing No. 134), with supporting briefs (Filing No. 132 and Filing No. 135).

After reviewing the findings and recommendations of the magistrate judge and the briefs, the Court finds that the motions should be denied and the recommendations of the magistrate judge should be approved and adopted. Accordingly,

    IT IS ORDERED:

    1) The motion to dismiss (Filing No. 53) is denied;

    2) The motion to suppress (Filing No. 85) is denied;

3) The findings and recommendations (Filing No. 115 and Filing No. 119) are approved and adopted.

4) The objections to the findings and recommendations (Filing No. 131 and Filing No. 134) are overruled.

5) Trial of this matter is scheduled for:

**Monday, May 2, 2016, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of counsel and of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 15, 2016, and May 2, 2016, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 15th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court